THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA Macon DIVISION

Erica D. Taylor
121 Margie Drive Apt 106
Warner Robins, GA 31092

_____

Plaintiff

vs.

US Customs and Boarder Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

_____

Defendant

RECEIVED CLERK'S OFFICE 2014 AUG -1 PM 12:21 U.S. DISTRICT COURT MIDDLE DIST. OF GEORGIA MACON, GEORGIA

5:14-CV-286

Complaint

Upon re-entering the United States from an overseas flight I was inspected by the U.S. Customs and Boarder Protection Agency at the Houston Intercontinental Airport, Texas.  While attempting to proceed to the domestic terminal to catch my connecting flight back to Atlanta, GA, I was re-selected to undergo a second inspection.  My **non** checked bags were scanned in by the X-Ray machine for the third time, then searched piece by piece.  My purse, which was my only carry on item was X-Rayed again and

searched as well. I was questioned once again regarding my travels and was told that my story didn't add up. I informed them that I am a U.S. Veteran and I have shown my loyalty to this country through my service therefore I am not a threat to the U.S. in any way. In effort to clarify my story I ended up giving the customs agent sensitive and personal details that no one should have had to reveal about reasons for travel. I was even asked to give them phone numbers to people that know me in my home town of Randallstown, MD as verification of my story. About 45 minutes had passed and I had already missed my connecting flight. I was then taken into a back room where about 4 agents asked me to have a seat in a chair that was unsafe. The seat was busted out exposing the base of the chair and the hard like plastic was torn on over 90% of the chair. For fear that the hard like plastic seat would rip my clothing or the puncture my skin, I told the agent (Pena and other agents whom I didn't get a name) that I would rather stand. The agent them said, "I will handcuff you." Before I could agree to sit my arm was twisted I was pushed on to a desk where my head was banged on the desk, I was smothered by at least 4 agents. I was in a state of shock for I didn't know what I had done to deserve to be tackled by the agents. I had already gone through 3 inspections prior to me being isolated in the backroom. I was then escorted to the busted seat where I sat for a few

minutes. There was no questioning that took place. About 10 minutes later I was separated from my belongings including my purse and taken to another back room were I was frisked and patted down. Then I was released. I was never informed as to why I was being treated in such an inhumane manner, nor was I given the opportunity to comply. Excessive force was used on me in spite of the fact that I had already been cleared on several accounts. My right wrist was bruised and sore and I had a headache from my head being banged on the desk. I am also scarred from the experience and now have issues with wanting to travel internationally.

Erica D. Taylor
121 Margie Drive Apt. 106
Warner Robins, GA 31093
Plaintiff

U.S. Customs and Boarder Protection Agency
1300 Pennsylvania Ave. NW
Washington, DC 20229
Defendant

Reasons for filing suit are due to the statues of excessive force and false arrest on a compliant U.S. citizen. Harassment and in habeas corpus are also be applicable to this suit.

Facts include: my belongings and myself had been cleared by two other countries in addition to the U.S., therefore there was no need for arrest or handcuffing, I was not given the opportunity to sit in the seat in order to avoid being handcuffed, there is no law that states that I must be seated for questioning, being held without probable cause, I was inconvenienced and

missed my flight, airport security law states that you must be in possession of your belongings at all times, the agents took my belongings out of my presence without giving me a reason, this was after a search yielded nothing found and excessive frisking due to the point of harassment (I had been through 3 security check points already).

I would like to request $250,000 in compensation for the civil rights violation and for pain and suffering experienced as a result of the unlawful actions of the customs agents involved.

Total pages: 4

*[signature]*
Erica D. Taylor, 7/30/14
121 Margie Drive Apt 106
Warner Robins, GA 31093
478-308-4995